**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALLYN FLEMING,

                    Plaintiff,

v.

NADAP, INC., JEAN-STUART SANON, AND STEPHANIE OTANEZ,

                    Defendants.

**Civil Action No.**

**RULE 7.1 DISCLOSURE STATEMENT**

## DEFENDANT NADAP, INC.'S RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant NADAP, Inc. represent that NADAP, Inc. is not publicly traded and does not have a publicly traded parent corporation.

                                      Respectfully submitted,

                                      JACKSON LEWIS P.C.
                                      44 South Broadway, 14th Fl.
                                      White Plains, New York 10601
                                      (914) 872-8060

By: _____
                                        Penny Ann Lieberman
                                      Attorney Bar Code # 2059483
                                      Monika Zarski
                                      Attorney Bar Code #5910443
                                      *Attorneys for Defendant*
                                      *NADAP, Inc., Jean-Stuart Sanon and Stephanie Otanez*

Dated: October 10, 2023
        White Plains, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALLYN FLEMING,

                        Plaintiff,

v.

NADAP, INC., JEAN-STUART SANON, AND STEPHANIE OTANEZ,

                        Defendants.

**Civil Action No. 157612/2023**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2023, I caused to be served a true and correct copy of Defendant NADAP, Inc.'s Rule 7.1 Disclosure Statement via E.C.F., email and U.S. mail on counsel of record for Plaintiff, at the following address:

                Megan S. Goddard, Esq.
                megan@goddardlawnyc.com
                Goddard Law PLLC
                39 Broadway, Suite 1540
                New York, New York 10006.

_/s/ Penny Ann Lieberman_
Penny Ann Lieberman

4869-7202-8794, v. 1