UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 

VALLYN FLEMING,

       Plaintiff,

   - against -

NADAP, INC., *et al.*,

       Defendants.
-----------------------------------------------------------X

23-CV-8892 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

  A telephonic post-discovery conference is scheduled for December 6, 2024 at 2:00 P.M. The parties are advised that the Court's former dial-in number is no longer in service. The new dial-in number is **1-855-244-8681** and the access code is **2309 3085 835**. There is no attendee ID.

SO ORDERED.

Dated: December 4, 2024
   New York, New York

                 _____
                 Vernon S. Broderick
                 United States District Judge