**JacksonLewis**

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

December 5, 2024

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**

Date: December 5, 2024

The post-discovery conference scheduled for December 6, 2024 is adjourned sine die.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re:   Fleming v. NADAP, Inc., *et al*.
      Case No. 1:23-cv-08892-VSB

Dear Judge Broderick:

We represent the Defendants in the above-referenced matter and write jointly with the Plaintiff with regard to the status conference that is currently scheduled for December 6, 2024, at 2 p.m.

The parties' have reached an agreement to settle this case. On November 19, 2024, Plaintiff's counsel filed a letter seeking <u>Cheeks</u> approval of the parties' agreement to settle Plaintiff's FLSA claim. The parties anticipate being able to file a stipulation of dismissal of the remainder of Plaintiff's claims on either December 6, 2024, or shortly thereafter. Therefore, the parties jointly request that the Court cancel the December 6th status conference. Alternatively, if it would be helpful to the Court, the parties would be happy to discuss Plaintiff's <u>Cheeks</u> approval motion during the December 6th conference.

Respectfully submitted,

*/s/ Isaac J. Burker*
(914) 872-6870
Isaac.Burker@jacksonlewis.com
JACKSON LEWIS P.C

cc:   Clela A. Errington, Goddard Law PLLC, counsel for Plaintiff (via ECF)